IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**EARL D. SMITH,**

Plaintiff,

v.

**B. PRIOLO,**

Defendants.

Case No. 2:09-cv-00654 EFB

**ORDER**

Defendants' request for an extension of time to file a reply in support of their motion for summary judgment was considered by this Court, and good cause appearing,

IT IS ORDERED that Defendants are granted thirty-five days, to and including, January 20, 2012, to file their reply.

Dated:  December 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order (2:09-cv-00654 EFB)