IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARL D. SMITH,** | Case No. 2:09-cv-00654 EFB |
| Plaintiff, | **ORDER** |
| v. | |
| **B. PRIOLO,** | |
| Defendants. | |

    Defendants' request for an extension of time to file a reply in support of their motion for summary judgment was considered by this Court, and good cause appearing,

    IT IS ORDERED that Defendants are granted thirty-five days, to and including, January 20, 2012, to file their reply.

Dated: December 20, 2011.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE