IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL D. SMITH,

   Plaintiff,       No. CIV S-09-0654 JAM EFB P

 vs.

B. PRIOLO, et al.,       ORDER & WRIT OF HABEAS CORPUS
               AD TESTIFICANDUM
   Defendants.
_____/

   Earl D. Smith, inmate # T-80524, a necessary and material witness in a settlement conference in this case on July 11, 2012, is confined in Mule Creek State Prison, 4001 Highway 104, Ione, California, 95640, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom No. 2 on July 11, 2012 at 1:00 p.m.

   ACCORDINGLY, IT IS ORDERED that:

   1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

   2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Mule Creek State Prison, P. O. Box 409099, Ione, California, 95640:**

   **YOU ARE COMMANDED** to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

   **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 8, 2012.

                _____
                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE