KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 445-4928
  Facsimile:  (916) 324-5205
  E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Delgado, Dharlingue, and Priolo*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EARL D. SMITH,**<br><br>Plaintiff,<br><br>**v.**<br><br>**B. PRIOLO,**<br><br>Defendants. | No. 2:09-cv-00654 JAM-EFB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Earl Smith and Defendants

Delgado, Dharlingue, and Priolo stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1      Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this

2 action.

3      IT IS SO STIPULATED.

4

5 Dated:  March 7, 2013            ___/s/_____

6                                Earl Smith
                               Plaintiff pro se

7

8 Dated:  February 28, 2013

9                               ____/s/_____

10                                Diana Esquivel
                               Deputy Attorney General
                               *Attorneys for Defendants*

11

12

13 **<u>ORDER</u>**

14      Based on the parties' stipulation, this action is dismissed with prejudice.

15      IT IS SO ORDERED.

16

17 Dated:  9/23/2013            /s/ John A. Mendez_____ ____

18                                John A. Mendez
                               United States District Court Judge

19

20

21

22

23

24 SA2010303534
    31487820.doc

25

26

27

28

2