KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Delgado, Dharlingue, and Priolo*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EARL D. SMITH,**<br><br>                                Plaintiff,<br><br>       v.<br><br>**B. PRIOLO,**<br><br>                                Defendants. | No. 2:09-cv-00654 JAM-EFB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

   Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Earl Smith and Defendants Delgado, Dharlingue, and Priolo stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.


Dated:  March 7, 2013                                    ___/s/_____
                                                    Earl Smith
                                                    Plaintiff pro se


Dated:  February 28, 2013
                                                    ___/s/_____
                                                  Diana Esquivel
                                                  Deputy Attorney General
                                                  *Attorneys for Defendants*


## **ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.


Dated:  9/23/2013                          /s/ John A. Mendez_____  ____
                                                  John A. Mendez
                                                  United States District Court Judge


SA2010303534
31487820.doc

2